67 MAP 2018

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES | : No. 335 MAL 2018 |
| | : |
| | : Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : |
| | : |
| PENNSYLVANIA LABOR RELATIONS BOARD | : |
| | : |
| PETITION OF: PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2018, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the Petitioner's first issue, as stated by Petitioner:

> Did the Commonwealth Court err when it reversed the Pennsylvania Labor Relations Board's ruling that the State System's Protection of Minors Policy's requirements that all employees submit to criminal background checks and inform their university employers if they are arrested for a serious crime constituted a nonbargainable managerial prerogative of the State System that served the public interest in protecting minors?

The Petition for Allowance of Appeal is **DENIED** in all other respects.